IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
YEILDING'S, INC. ) CASE NUMBER: 96-07068-BGC-7
)
DEBTOR. )

## REPORT OF UNCLAIMED FUNDS UNDER
## BANKRUPTCY RULE 3011

Pursuant to Bankruptcy Rule 3011 the following is a list of all known names and addresses of the entities which are entitled to be paid from the remaining property of the estate and the respective amounts payable to them.

| CLAIM NO. | NAME AND LAST KNOWN ADDRESS OF CLAIMANT | AMOUNT OF DIVIDEND |
|---|---|---|
| 8 | ADRIANNA PAPELL – C/O CREDITOR CORP TENTIN ROAD, P.O. BOX: 454, PARSIPPANY, NJ 07054 | $ 49.65 |
| 13 | HELLER FINANCIAL, INC. – 150 EAST 42ND STREET, NEW YORK, NY 10017 | 1,204.72 |
| 15 | HELLER FINANCIAL, INC. – 9TH FLOOR, 505 NORTH BRAND BLVD., GLENDALE, CA 91203-1903 | 790.06 |
| 16 | CONGRESS FINANCIAL CORPORATION – FKA CONGRESS TALCOTT CORP., 1133 AVENUE OF THE AME, NY, NY 10036 | 3,850.56 |
| 18 | DENNIS EAST INTERNATIONAL, INC. – 4 GREAT WESTERN RD., HARWICH, MA 02645 | 68.17 |
| 20 | BELLSOUTH TELECOMMUNICATIONS, INC. – 125 PERIMETER CENTER WEST, ROOM 260, ATLANTA, GA 30346 | 178.81 |
| 21 | HALMODE APPAREL, INC. – AMERICAN CREDIT INDEMNITY CO., 100 E PRATT ST. 4TH FLOOR, BALTIMORE, MD 21202 | 1,231.29 |
| 23 | OLD DOMINION FREIGHT LINE, INC. – P.O. BOX: 2006, HIGH POINT, NC 27261-2006 | 480.44 |
| 25 | FINOVA CAPITAL CORP. – 111 WEST 40TH ST., NEW YORK, NY 10018 | 729.97 |

| | | |
|---|---|---|
| 27 | BOOM CLUB – SUITE 301, 5960 PACIFIC MESA CT., SAN DIEGAO, CA 92121 | 722.87 |
| 28 | A.L. SEAMON – 375 GREENLEAF ST., ALLENTOWN, PA 18102 | 88.93 |
| 31 | TWO SISTERS/LORENZO DE MEDICI – 404 FIFTH AVE., 7TH FLOOR, NEW YORK, NY 10018 | 77.37 |
| 38 | MISTY LANE – ROOM 301, 1350 BROADWAY, NEW YORK, NY 10018 | 987.84 |
| 45 | AV OPTIONS/ADRIENNE VITTADINI ENT. – C/O KREINDLER & RELKIN, P.C., 350 FIFTH AVENUE, SUI, NEW YORK, NY 10018 | 146.06 |
| 48 | MY MICHELLE/FRITZI CALIFORNIA – 199 FIRST ST., SAN FRANCISCO, CA 94105 | 656.98 |
| 50 | L & J ACCESSORIES – 1241 SEMORAN BLVD., CASSELBERRY, FLORIDA 32707 | 246.70 |
| 56 | STANLEY KNITTING MILLS – P. O. DRAWER 479, OAKSBORO, N.C. 28129 | 43.93 |
| 57 | WDRM – P. O. BOX: 789, DECATUR, AL 35602 | 343.19 |
| 59 | DALLAS HANDBAGS – P. O. BOX: 740911, DALLAS, TX 75374 | 78.25 |
| 64 | A DAISY/DEJA DESIGNS – 29 WEST 36TH STREET, 5TH FLOOR, NEW YORK, N.Y. 10018 | 42.84 |
| 68 | MONDANI HANDBAGS – 75 CARTER DRIVE, EDISON, NJ 08818 | 131.19 |
| 74 | PETER POPOVITCH – 13200 NW 45TH AVE., MIAMI, FL 33054 | 1,768.19 |
| 76 | DELOITTE & TOUCHE – SUITE 1100, BIRMINGHAM, AL 35203 | 136.19 |
| 77 | MAIL ENTERPRISES – P.O. BOX: 320006, BIRMINGHAM, AL 35232 | 314.26 |
| 78 | FLOWER WORLD – 1848 CENTER POINT PKWY. | 10.35 |
| 88 | KEDS – P. O. BOX: 2107, RICHMOND, IN 47375 | 415.45 |
| 90 | SOUTHERN NETWORK SERV. – 300 UNION HILL DRIVE, SUITE 200, BIRMINGHAM, ALABAMA 35209 | 196.68 |
| 91 | UNISHIPPERS – P. O. BOX: 36020, BIRMINGHAM, AL 35236 | 13.06 |
| 93 | GUESS – P. O. BOX: 105185, DEPT. #180, ATLANTA, GA 30348 | 1,436.29 |
| 95 | SIDE OUT SHOE CO. – ATTN. J. BRIAN LOVELY, ESQ., 17103 KINSVIEW AVE., CARSON, CA 90746 | 23.53 |

| | | |
|---|---|---|
| 96 | CONSOLIDATED SHOE CO. – P. O. BOX: 75423, CHARLOTTE, NC 28275 | 1,084.70 |
| 97 | CHORUS LINE – 4505 BANDINI BLVD., LOS ANGELES, CA 90040 | 635.05 |
| 98 | DIBA IMPORTS – 12115 BRIDGETON SQ. DR., ST. LOUIS, MO 63044 | 126.00 |
| 100 | BIERNER – 3120 COMMONWEALTH DR., DALLAS, TX 75247 | 25.17 |
| 101 | ARIS ISOTONER – 417 – 5TH AVENUE, NEW YORK, NY 10016-2205 | 460.25 |
| 107 | LADY CAROL DRESSES – 1400 BROADWAY, NEW YORK, NY 10018 | 685.20 |
| 109 | SERRANO – 42 WEST 38TH ST., SUITE 1102, NEW YORK, NY 10018 | 76.67 |
| 111 | WARREN REED – 1318 – 2ND AVENUE., NORTH, BIRMINGHAM, ALABAMA 35203 | 311.72 |
| 113 | WMJJ – P.O. BOX: 1145, BIRMINGHAM, ALABAMA 35201 | 528.03 |
| 114 | MICHAEL BLAIR – 1400 BROADWAY, NEW YORK, NY 10018 | 265.31 |
| 115 | THE HUNTSVILLE TIMES – C/O SCOTT W. FORD, 1901 SIXTH AVENUE, NORTH, SUITE 2, BIRMINGHAM, ALABAMA 35203 | 1,193.60 |
| 116 | MICHAEL B. PETITIES, INC. – 1400 BROADWAY, NEW YORK, NY 10018 | 45.07 |
| 117 | G.H. BASS – P. O. BOX: 75532, CHARLOTTE, N.C. 28275 | 427.38 |
| 118 | MONARCH MARKING – P.O. BOX: 1815, DAYTON, OH 45401 | 167.61 |
| 122 | CARESSA 0 AMASIA INTERNATIONAL, BOSTON, MA 02241 | 197.13 |
| 125 | APOLLO HANDBAG COMPANY, INC. – 14031 NEW BEDORD CT., CHESTERFIELD, MO 63017 | 26.32 |
| 131 | JIMMY GARCIA (NATIONS) – 1411 BROADWAY 32ND FLOOR, NEW YORK, N.Y. 10018 | 343.61 |
| 134 | B. LEVY/700 ASSOCIATES – 311 PENN AVENUE, SCRANTON, PA 18503-1211 | 13.51 |
| 136 | ZEP MANUFACTURING CO. – P. O. BOX: 2015, ATLANTA, GA 30301 | 29.95 |
| 141 | EMPLOYMENT SCREENING – 2700M HWY. 280 S. STE 60, BIRMINGHAM, ALABAMA 35223 | 7.29 |

| | | |
|---|---|---|
| 148 | SEYCHELLES – P.O. BOX: 2305, EL SEGUNDO, CA 90245 | 201.30 |
| 154 | INSTANT COPIES, INC. – 2216 – 2ND AVENUE, NORTH, BIRMINGHAM, ALABAMA 35203 | 84.68 |
| 156 | AD LIB – 426 TRABERT AVENUE, ATLANTA, GA 30309 | 167.20 |
| 161 | KENNEDY PHOTOGRAPHICS – 1508 SECOND AVENUE, NORTH, BIRMINGHAM, ALABAMA 35203 | 9.26 |
| 164 | ION PAUL – GS DE PASQUALE AVE., PROVIDENCE, RI 02903 | 11.51 |
| 166 | BELLSOUTH/TELECOMMUNICATIONS, INC. – 125 PERIMETER CENTER, ATLANTA, GA 30346 | 63.75 |
| 169 | PRIMA ROYAL COLLECTION – 2119 SOUTH MYRTLE AVE., MONROVIA, CA 91016 | 367.73 |
| 171 | UPTOWN – 1885 WEST 8TH AVENUE., HIALEAH, FL 33010 | 27.89 |
| 173 | AUTOMATIC DETECTION – 708 – 17TH STREET, NORTH, BIRMINGHAM, ALABAMA 35203 | 96.22 |
| 179 | RAFAELLA DENIM – 1385 BROADWAY, SUITE 1808, NEW YORK, N.Y. 10018 | 657.39 |
| 188 | NAN LEWIS – 88 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02904 | 124.70 |
| 189 | IMPRESSIONS BRASKING, INC. – LOS ANGELES, CA 90084 | 219.67 |
| 191 | MODA – 912 PANCHO ROAD, CAMARILLO, CA 93012 | 281.23 |
| 192 | CAPACITY (ROSENTHAL) – ONE CAROL PLACE, MOONACHIE, N.J. 07074 | 182.10 |
| 196 | MARKON – 350 – 5TH AVENUE, NEW YORK, N.Y. 10118 | 998.85 |
| 198 | ENCORE SHOE CORP. – 51 WAKEFIELD ST., ROCHESTER, NH 03867 | 90.68 |
| 202 | VICTORIA ACQUISITION, INC. – 30 JEFFERSON PARK ROAD, WARWICK, RI 02888 | 1,497.09 |
| 209 | GRUEN MARKETING CORP. – P. O. BOX: 8538-283, PHILADELPHIA, PA 19171 | 92.07 |
| 233 | THE HUNTSVILLE TIMES – C/O SCOTT W. FORD, 1901 SIXTH AVENUE, NORTH, SUITE 2, BIRMINGHAM, ALABAMA 35203 | 158.27 |
| 237 | SURFAIR, INC. – 485 OAK PLACE, SUITE 385, COLLEGE PARK, GA 30349 | 6.40 |

| 238 | TEDDI OF CALIFORNIA – C/O DENNIS DUNN, CEO, 2301 E. PACIFICA PLACE, RANCHO DOMINGUE, CA 90220 | 363.16 |
|---|---|---|
| 240 | MARISA CHRISTINA APPAREL, INC. – C/O KREINDLER & RELKIN, P.C., 350 FIFTY AVENUE, SU, NEW YORK, NY 10118 | 234.25 |
| | | |
| | **TOTAL:** | $ 29,048.79 |


TRUSTEE

xc: Bankruptcy Administrator (with attachment: 1 check)